UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC TOWNSEL, | ) No. CV-12-5095-CI |
| Plaintiff | ) ORDER DENYING PLAINTIFF'S |
| v. | ) MOTION FOR REMAND AND |
| | ) RESETTING MOTION HEARINGS |
| ROBERT ROYSE, et al., | ) |
| Defendants. | ) |

BEFORE THE COURT is Plaintiff's Motion for remand to State court, ECF No. 47, and Plaintiff's Declaration filed January 18, 2013, advising the court that he no longer objects to federal jurisdiction and adjudication. ECF No. 57. Because remand to state court is no longer requested, and jurisdiction is conferred on this court by 28 U.S.C. § 1441(a) (original jurisdiction), Plaintiff's Motion for remand, **ECF No. 47**, is **DENIED AS MOOT.**

Pursuant to the court's Scheduling Order entered November 2, 2012, the parties may re-note motions previously stricken and/or file and serve new motions. *See* ECF No. 42 at 2. Pending motions that were filed, served, and noted after November 2, 2012, are re-set for hearing without oral argument on **March 11, 2013.** *See* **ECF No. 36, 37, 56, 61, 62**. Supplemental briefing on these motions may be filed and served on or before **March 8, 2013.**

The District Court Executive is directed to file this Order, provide copies of the Order to the parties, and provide Plaintiff

ORDER DENYING PLAINTIFF'S MOTION FOR REMAND
AND RESETTING MOTION HEARINGS - 1

with a current docket report.

**IT IS SO ORDERED.**

DATED February 15, 2013.

```
                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE
```

ORDER DENYING PLAINTIFF'S MOTION FOR REMAND
AND RESETTING MOTION HEARINGS - 2