# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ERIC TOWNSEL, *Plaintiff* v. WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., *Defendant* | ) ) ) ) ) ) Civil Action No. 12-CV-5095-CI |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's federal claims under 42 U.S.C. Section 1983 against all Defendants are DISMISSED with prejudice. Plaintiff's remaining state law claims are REMANDED to Walla Walla County Superior Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on a motion for Report and Recommendation (ECF No. 104).

Date:  August 14, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen